Case No: 1:17-CV-00104 CWD   Inmate Name: Goodrick
Date: 6 April 2017   Inmate IDOC#: #13304
Document Title: Exhibits
Total Pages: 16   Inmate Initials Verifying Page Count: DG
Document(s) 1 of 16

Exhibit 1

# ISCI Resource Center Response

*MAZ*

Date:      12/27/2016

IDOC: **13304**      Last Name **GOODRICK**      First Name **DAN**      Unit: **MA**

Your request could not be fulfilled or is denied as indicated below:

Envelope addressed to Stephen Pevar ACLU is not legal mail per policy. There is no Pevar registered as a lawyer with the CT state bar and mail to ACLU is not otherwise legal mail. Envelope sent to inmate by institutional mail for proper handling.

Exhibit __2__

# ISCI Resource Center Response

Date:     12/27/2016

*MAZ*

IDOC: **13304**     Last Name **GOODRICK**     First Name **DAN**     Unit: **MA**

Your request could not be fulfilled or is denied as indicated below:

Envelope addressed to ACLU is not legal mail per policy and is sent to inmate by institutional mail for proper handling.

Exhibit 3

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 405.02.01.001 | 4.0 | Access to Courts | 6 of 17 |

- Documents and all attachments allowed pursuant to this SOP that are ready to be filed with the court **and** opposing counsel, as required.
- A completed Power of Attorney signed by the offender **and** notarized, if needed.

**Note:** If there is a question regarding the documents or attachments, paralegal staff will determine what documents are necessary based on court rules or by contacting the court.

*[Handwritten margin note: Practicing law w/out a license p. 2]*

### Class Action and Multiple Offender Legal Actions

When offenders jointly file documents and attachments with the court as co-plaintiffs (parties to the legal action) photocopies shall not be made for all parties to the legal action because a full photocopy must be maintained in the Resource Center. However, the offender who filed the legal action with the court will have the option of paying for one additional full photocopy, which must be maintained as his personal copy. Upon request, all other parties to the legal action will be allowed to review the photocopy maintained in the Resource Center.

Photocopies of subsequent filings regarding the legal action shall be placed with the previous photocopy maintained in the Resource Center so that a full and complete record of the legal action is available.

If an offender who is a party to the legal action is transferred to another facility, then a full photocopy of the initial filing and subsequent filings can be made for that offender at his own expense. However, if the offender meets the requirements to be considered indigent as defined in SOP 402.02.01.001, *Mail Handling in Correctional Facilities*, a full photocopy can be made for that offender upon his request at no expense to the offender.

4. **Mailing and Photocopying Court Documents and Legal Mail**

   Photocopying privileges for offenders include the following conditions:

   - Offenders (excluding indigent offenders) will be charged a fee of ten cents ($.10) per page for copies.
   - Offenders (excluding indigent offenders) should use their own envelopes for court filings; however, by necessity to meet a court filing deadline, if envelopes are obtained through the Resource Center, offenders (excluding indigent offenders) will be charged the equivalent commissary price.
   - Page limitations on pleadings may be enforced in accordance with court rules.

*[Handwritten: NOTE]* **Note:** Mail sent to the Idaho Judicial Council, Idaho State Bar, **or** courts is not (by definition) legal mail and is therefore subject to search. However, paralegal staff shall still log mail sent to these entities on the Outgoing Legal Mail Log (located in the Access to Courts database).

### Procedure for Filing Pleadings and Other Documents with a Court

| Functional Roles and Responsibilities | Step | Tasks |
|---|---|---|
| **Offender** | 1 | Complete the documents, forms, or pleadings to be photocopied **and** mailed. |