Exhibit 4

```
                                              FILED
                                        DISTRICT COURT
                                        CLEARWATER COUNTY
                                              IDAHO

                                        FEB 10   4 29 PM '94

LARRY ECHOHAWK                          CASE No. SP93-00111
Attorney General
State of Idaho                          BY ____ DEPUTY
Statehouse Rm. 210
Boise, Idaho  83720
Telephone (208) 334-2400

TIMOTHY D. WILSON
Deputy Attorney General
Corrections Section
Statehouse Mail
Boise, Idaho  83720
Telephone (208) 334-2318
```

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

DAN GOODRICK, )
 )
　　　Petitioner, )
 ) Case No. SP93-00111
v. )
 ) STIPULATION AND ORDER
IDAHO BOARD OF CORRECTIONS, et al., ) TO DISMISS
 )
　　　Defendants. )
_____ )

The parties do hereby stipulate and agree to dismiss the above-entitled matter with prejudice based upon the following agreement:

1.   The Respondents agree not to harass or retaliate against

STIPULATION AND ORDER TO DISMISS -1

EXHIBIT A

PL. EXHIBIT
"D"

==the Petitioner for bringing this action or any future action the Petitioner may be involved with on his own behalf or behalf of others;==

2. The Respondents agree, in the event that Petitioner is placed in restrictive housing at the Idaho Correctional Institution-Orofino, the Petitioner shall be allowed personal legal materials necessary, consistent with property limitations to amount, to work on any active case, as well as access to the law library, personally or through other means, sufficient to meet any pending court deadlines.

DATED This 15th day of February, 1994.

_____
DAN GOODRICK, #13.304

DATED This 16th day of February, 1994.

State of Idaho
County of Clearwater
I hereby certify that the foregoing is a full, true, and correct copy of an instrument as the same now remains on file and of record in my office.
WITNESS my hand and official seal hereto affixed this 11 day of March A.D., 19 94.
ROBIN CHRISTENSEN, CLERK OF THE DISTRICT COURT EX OFFICIO AUDITOR & RECORDER.
By Deputy_____

_____
TIMOTHY D. WILSON
Deputy Attorney General
Counsel for Respondents

STIPULATION AND ORDER TO DISMISS -2

ROSE CHRISTENSEN
CLERK OF DISTRICT COURT
CLEARWATER COUNTY
IDAHO

FEB 11  7 57 AM '94

CASE NO. SP93-00111

BY ___BD___ DEPUTY

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CLEARWATER

DAN GOODRICK, )
        Petitioner, )
        ) Case No. SP93-00111
v. )
        ) ORDER
IDAHO BOARD OF CORRECTIONS, et al.,)
        Defendants. )

    Based on the foregoing Stipulation and Agreement of the parties and good cause appearing;

    IT IS ORDERED That this matter be, and the same hereby is, DISMISSED WITH PREJUDICE.

    DATED This __16__ day of __February__, 1994.

                              /s/ Patrick D. Costello
                              PATRICK COSTELLO
                              Magistrate Judge

ORDER - 1

Exhibit 5

```
                              Dan Goodrick # 13304
                              ISCI; Medical Annex # 2
                              Box 14
                              Boise, Idaho 83707
```

Mr. Mark Kubinski
Deputy Attorney General
1299 N. Orchard, Ste. # 110
Boise, Idaho 83702

                                        January 10, 2017

Dear Mr. Kubinski:

I am writing you as a courtesy and to possibly avoid foreseeable problems.

The paralegal here at ISCI does not recognize clearly established law and continually uses policy which in my opinion is illegal in many respects but no one has challenged the constitutionality of it.

I am told that he does not recognize the right for one inmate to assist another with legal work including drafting documents or typing them up, etc.. To avoid foreseeable problems I refer you to the Stipulation and Order I obtained in 1994 in a habeas action in the Second District Court in Clearwater County with the IDOC. Magistrate Patrick Costello presided and Tim Wilson represented the IDOC. I agreed to dismissal based upon the Stipulation and the Order was entered upon the Stipulation. This is a lawful and binding contract and, I submit a state created liberty interest. In <u>Goodrick -v- Idaho Board of Correction</u>, SP93-00111 the Stipulation and Agreement states in pertinent part:

> "Respondents agree not to harass
>  or retaliate against the Petitioner
>  for bringing this action or any
>  future action the Plaintiff may
>  be involved with on his own behalf
>  or behalf of others."

As previously stated dismissal came about based upon the contract entered into between myself and the IDOC.

Please advise the paralegal I have a right to assist inmates with legal matters unhampered and unimpeded.

Thank you for your assistance and prompt response.

                              Respectfully Yours,

                              /s/ Dan Goodrick

xc: file                      Dan Goodrick

Exhibit_____6_____



**STATE OF IDAHO**

OFFICE OF THE ATTORNEY GENERAL

ALAN G. LANCE

March 27, 2001

Dan Goodrick, # 13304
ICIO
Hospital Drive North, #23
Orofino, ID 83544

Re: *Goodrick v. Shedd*, USDC # 99-0558–S-EJL

Dear Mr. Goodrick,

Enclosed please find fully executed copies of the settlement agreement and the stipulation and order for dismissal with prejudice. I am sending the stipulation and order to the Court today for the judge's signature. As soon as I receive copy of the signed order from the Court, I will take it to IDOC Fiscal so you can be paid.

Thank you once again for your cooperation in settling this case.

Very truly yours,

*[signature]*

Paul R. Panther
Deputy Attorney General

goodrick 032701

Exhibit ___7___

| Control Number: 316.02.01.001 | Version: 3.9 | Title: Grievance and Informal Resolution Procedure for Offenders | Page Number: 16 of 19 |
|---|---|---|---|

| Functional Roles and Responsibilities | Step | Tasks<br>CIS steps are in bold |
|---|---|---|
| Grievance Coordinator | 3 | Note: Step 3 must be completed within five (5) business days of receiving the completed *Grievance/Appeal Form*.<br>• **In the Corrections Integrated System (CIS), locate the 'grievance detail' screen, and select the appropriate response level radio button.**<br>• **From the 'grievance status' drop-down box, select 'pending'.**<br>• **Type the offender's written statement in the appropriate field, and complete all other applicable fields.**<br>• If appropriate, notify (via email) the appellate authority of the appeal assignment.<br>Note: **The offender's statement must be typed verbatim. You are not allowed to correct spelling, grammar, word choice, or punctuation. However, to make the statement easier to read, correct upper and lower case as appropriate.**<br>Note: **Placing the cursor in the 'returned from' and 'sent to' fields will auto-fill those fields with a date. Ensure the correct dates are reflected.**<br>Note: **Appeals involving healthcare issues must be assigned to the health authority.** |
| **Appellate Authority** (See section 9 of this SOP) | 4 | Note: If step 4 cannot be completed within the time limit, notify the grievance coordinator so that a delay notification slip (see appendix E) can be sent to the offender.<br>Within 16 days of receiving the review authority's response:<br>• **Enter the CIS and review the grievance, the staff response and, as needed, any applicable rules, policies, SOPs, etc.**<br>• **Select the appropriate response level radio button, and complete all applicable fields.** (See section 10 for decision options.)<br>• Notify (via email) the grievance coordinator that your review has been completed. |