Case No: 1:17-cv-00104CWD  Inmate Name: Goodrick
Date: 6 April 2017  Inmate IDOC#: #13304
Document Title: EXHIBITS

Total Pages: 14  Inmate Initials Verifying Page Count: OG
Document(s) 1 of 14

# Exhibit 8

## IDOC Offender Concern Form

Offender Name: Dan Goodrick
IDOC Number: #13304
Institution, Housing Unit, & Cell: ISCI; Med. Anx. #2
Date: 22 Feb 2017

To: Ms. Jill Whittington; Grievance Coordinator
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: On 1-30-17 I filed my Appeal To Grievance # II 170000041. The Response is overdue, per SOP 316.02.01.001, Section 8 subsection 4 allows a Response for Appeal by the warden in 16 days. It's a week over the time limit. Please follow policy as you request I do. Thank you

(Description of the issue must be written only on the lines provided above.)

Offender signature: Dan Goodrick

### Staff Section

Staff signature: J Hoestman 2-22-17
(Staff member acknowledging receipt)
Associate ID #: 0233

Reply:

Responding staff signature _____ Associate ID # _____ Date _____

Distribution: Pink part returned to offender after receiving staff's signature. Original (white) and yellow forwarded to appropriate responding staff. Appropriate responding staff will complete reply field and return yellow part to offender.

IDOC-ICF-3/07

---

## IDOC Offender Concern Form

Offender Name: Dan Goodrick
IDOC Number: # 13304
Institution, Housing Unit, & Cell: ISCI; Medical Annex # 2
Date: 1 March 2017

To: Ms. Jill Whittington; IDOC Grievance Coordinator
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: I filed my appeal to grievance # II 170000041 on 1-30-17. Time to respond expired and I sent you a Concern over this on 2-22-17 which you never responded to. I also wrote the IDOC's attorney over this matter of denying me to send legal mail and no response. Beings no one has adhered to and followed their own policy, SOP 316.02.01.001, section 8 subsection 4 my administrative remedies are deemed exhausted and I have been denied access to the courts. I am filing my civil action based upon this denial as well as denying me the right to postage for legal mail. Thank You

(Description of the issue must be written only on the lines provided above.)

Offender signature: Dan Goodrick

### Staff Section

Staff signature: S/ J Mabe
(Staff member acknowledging receipt)
Associate ID #: 8969

Reply:

Responding staff signature _____ Associate ID # _____ Date _____

Distribution: Pink part returned to offender after receiving staff's signature. Original (white) and yellow forwarded to appropriate responding staff. Appropriate responding staff will complete reply field and return yellow part to offender.

IDOC-ICF-3/07

**IDAHO DEPARTMENT OF CORRECTION**
Grievance and Informal Resolution Process for Offenders Offender Handout



### What if I have a problem while incarcerated?

Sometimes problems happen. If you have a problem, take the following steps.

### Know the Rules

The first step is to know and follow the rules. Read standard operating procedure (SOP) 316.02.01.001, *Grievance and Informal Resolution Procedure for Offenders*. Just ask a staff member for the SOP on the grievance procedures for offenders.

In addition, the Idaho Department of Correction (IDOC) uses policies, directives, and standard operating procedures to manage offenders and staff. For now, let's just call them all rules. You can read most of the rules that affect you.

### Talk to Staff

Second, talk to staff. Staff can show you the rules, answer your question, or tell you who can answer your question.

### Write an Offender Concern Form

Write your problem on an *Offender Concern Form* and address it to the proper staff member. For example, send a property question to the property officer. Do not send multiple concern forms to different people because doing so only slows the process for everyone. Deliver the concern form to the unit officer. The unit officer will acknowledge receipt of the form by signing and dating the form. The unit officer will then give you the pink copy of the form. Keep the pink copy. (If the issue <u>is confidential</u> to you, you may place the concern form in a designated lockbox in accordance with the SOP 316.02.01.001.)

A staff member should respond within seven (7) days of the 'collected/received' date indicated on the form. If you think the response is wrong **or** if there is no response within the seven (7) day time limit, you can file a grievance.

### File a Grievance

Grievances must be filed within 30 days of the incident. To file a grievance, fill out the top section of the *Grievance/Appeal Form*, and attach the *Offender Concern Form* that has the staff response. If you didn't get a response write 'no response' on the pink copy of the concern form that you were given when you filed it, and attach it to the grievance form. Put the forms in the designated lockbox.

### File an Appeal

If you think the answer on the grievance is wrong, you can file an appeal. After you get the *Grievance/Appeal Form* back with an answer, you must file the appeal within 14 days of the review authority's decision. Write on the bottom section of the *Grievance/Appeal Form* (the one you were given when you filed it) why you think the answer is wrong. Put the form in the designated lockbox. This is the last step in the problem-solving process.

Appendix C
316.02.01.001
(Appendix last updated <u>2/14/12</u>)

| Control Number: 316.02.01.001 | Version: 3.9 | Title: Grievance and Informal Resolution Procedure for Offenders | Page Number: 10 of 19 |
|---|---|---|---|

offender can be held accountable in accordance with SOP 318.02.01.001, *Disciplinary Procedures: Offender*.

## 7. Procedure for Filing an Offender Grievance

Occasionally, because of the nature of the decision, it may not be necessary for a grievance to have three (3) levels of response (responding staff member, review authority, and appellate authority). For example, if the decision was solely that of the facility head (appellate authority) then the facility head may elect to respond without the grievance receiving a 'level 1' (responding staff member) or 'level 2' (review authority) response.

*Table 7-1: Filing Grievances for Issues Involving the Current Housing Facility*

| Functional Roles and Responsibilities | Step | Tasks (CIS steps are in bold) |
|---|---|---|
| **Offender** | 1 | If informal problem solving is unsuccessful, ensure that all of the requirements described in section 5 of this SOP are met, and within 30 days of the incident, do the following:<br>• Obtain appendix B, *Grievance/Appeal Form,* check the box next to 'grievance', and complete only the top section of the form. Do not complete the bottom 'appeal' section of the form.<br>• Attach all offender concern forms that were used in an attempt to resolve the issue and supporting documentation such as copies of property inventories. (Refer to section 5 for additional details.)<br>• After completing the *Grievance/Appeal Form*, place it in the lockbox the facility has designated for grievances, appeals, etc.<br>Note: The review authority may agree to extend the deadline when there is proof that you have made a reasonable, ongoing attempt to resolve the issue. |
| **Designated Staff** | 2 | Collect the grievance/appeal forms from the lockbox and submit them to grievance coordinator.<br>Note: The forms should be collected (at a minimum) Monday through Friday, except for State of Idaho-observed holidays. |
| **Grievance Coordinator** | 3 | Note: Steps 3 through 8 must be completed within five (5) business days of receiving the completed *Grievance/Appeal Form*.<br>**In the Corrections Integrated System (CIS), locate the 'grievance detail' screen, and make selections from the 'category' and 'grievance location' drop-down boxes.** |

| Control Number: 316.02.01.001 | Version: 3.9 | Title: Grievance and Informal Resolution Procedure for Offenders | Page Number: 11 of 19 |
|---|---|---|---|

| Functional Roles and Responsibilities | Step | Tasks<br>CIS steps are in bold |
|---|---|---|
| Grievance Coordinator | 4 | Determine if the *Grievance/Appeal Form* is completed correctly (see section 3, section 4, and section 5 of this SOP).<br>• If the form is not completed correctly, proceed to step 5.<br>• If the form is completed correctly or after a previously incomplete form is corrected, proceed to step 6. |
| Grievance Coordinator | 5 | If the *Grievance/Appeal Form* is not completed correctly, do the following:<br>• **In the CIS, 'grievance detail' screen, locate the 'comments' field; note that the grievance was returned to the offender and state the reason why as indicated on appendix D, *Grievance Transmittal Form*; and from the 'grievance status' drop-down box, select 'returned w/o action'.**<br>• Forward the completed *Grievance Transmittal Form* and return the *Grievance/Appeal Form* to the offender.<br>Note: The process ends here until the *Grievance/Appeal Form* is properly completed. |
| Grievance Coordinator | 6 | If the *Grievance/Appeal Form* is completed correctly or after a previously incomplete form is corrected, do the following:<br>• **In the CIS, 'grievance detail' screen, type the offender's written statements in the appropriate fields.**<br>• **From the 'grievance status' drop-down box, select 'pending'.**<br>Note: The offender's statement must be typed verbatim. You are not allowed to correct spelling, grammar, word choice, or punctuation. However, to make the statement easier to read, correct upper and lower case as appropriate. |