| Control Number: 316.02.01.001 | Version: 3.9 | Title: Grievance and Informal Resolution Procedure for Offenders | Page Number: 12 of 19 |
|---|---|---|---|

| Functional Roles and Responsibilities | Step | Tasks<br>CIS steps are in bold |
|---|---|---|
| Grievance Coordinator | 7 | **In the CIS, 'grievance detail' screen, select the appropriate response level radio button, and complete all applicable fields.**<br><br>Note: Assign the grievance to a staff member that is most capable of responding to and, if appropriate, resolving the issue (which could be the offender's previous housing facility). Examples: visiting issues go to visiting supervisor, property issues go to property supervisor, food service issues go to food service supervisor. You should discuss the assignment with the review authority as needed.<br><br>Note: Grievances involving healthcare issues must be assigned to the appropriate contract medical provider staff member (e.g., facility health authority, physician, or nurse). |
| Grievance Coordinator | 8 | Attach a portable document format (PDF) version of the grievance to an email, and send the email to the staff member assigned to respond to the grievance (notifying him of the assignment). |
| **Assigned Staff Member** | 9 | Note: Within 14 days of being notified of the assignment, complete step 9. If step 9 cannot be completed within the time limit, notify the grievance coordinator so that another staff member can be assigned (if appropriate) and a delay notification slip (see appendix E) can be sent to the offender.<br><br>• Review the issue described in the PDF version of the grievance, and determine whether policies, SOPs, division directives, field memorandums, and best correctional practices were followed.<br>• Reply to the grievance coordinator's email by including a clear and professional response to the PDF version of the grievance.<br><br>Note: The response must be in a format that will allow the grievance coordinator to copy and paste your comments into the CIS. |

| Control Number:<br>316.02.01.001 | Version:<br>3.9 | Title:<br>Grievance and Informal Resolution<br>Procedure for Offenders | Page Number:<br>13 of 19 |
|---|---|---|---|

| Functional Roles and<br>Responsibilities | Step | Tasks<br>CIS steps are in bold |
|---|---|---|
| **Grievance Coordinator** | 10 | Within three (3) working days of receiving the staff member's response:<br>• **Copy and paste the staff member's response into the CIS, 'grievance detail' screen in the appropriate field.**<br>• **Select the appropriate response level radio button, and complete all applicable fields.**<br>• If appropriate, notify (via email) the review authority of the grievance assignment.<br><br>**Note:** The staff member's response shall be copied and pasted as written. You are not allowed to correct spelling, grammar, word choice, or punctuation. However, to make the statement easier to read, correct upper and lower case as appropriate.<br><br>**Note:** Placing the cursor in the 'returned from' and 'sent to' fields will auto-fill those fields with a date. Ensure the correct dates are reflected.<br><br>Note: Based on the information provided at the beginning of section 7 of this SOP, it may be appropriate for step 11 to be performed by someone other than the deputy warden or second-in-command. See section 9 of this SOP. |
| **Review Authority**<br>**(See section 9 of this SOP)** | 11 | Note: If step 11 cannot be completed within the time limit, notify the grievance coordinator so that a delay notification slip (see appendix E) can be sent to the offender.<br><br>Within 16 days of receiving the staff member's response:<br>• **Enter the CIS and review the grievance, the staff response and, as needed, any applicable rules, policies, SOPs, etc.**<br>• **Select the appropriate response level radio button, and complete all applicable fields. (See section 10 for decision options.)**<br>• Notify (via email) the grievance coordinator that your review has been completed. |

| Control Number: 316.02.01.001 | Version: 3.9 | Title: Grievance and Informal Resolution Procedure for Offenders | Page Number: 14 of 19 |
|---|---|---|---|

| Functional Roles and Responsibilities | Step | Tasks CIS steps are in bold |
|---|---|---|
| Grievance Coordinator | 12 | In the CIS, 'grievance detail' screen:<br>• **Select the appropriate response level radio button, _and_ complete all applicable fields. (Also see <u>section 5</u> of this SOP to ensure all requirements have been met.)**<br>• **Print two (2) copies of the grievance, _and_ forward one copy of the printed grievance <u>and</u> the offender's original _Grievance/Appeal Form_ and attachments to the offender; and**<br>• File one copy of the printed grievance <u>and</u> copies of the offender's original _Grievance/Appeal Form_ and attachments in the facility administration area. (See section 11 of this SOP.) |
| | | <u>Note</u>: **Placing the cursor in the 'returned from' and 'sent to' fields will auto-fill those fields with a date. Ensure the correct dates are reflected.** |

For further assistance with CIS, see your designated CIS super user.

*Table 7-2: Filing Grievances for Issues Involving the Previous Housing Facility*

| Functional Roles and Responsibilities | Step | Tasks |
|---|---|---|
| **Offender** | 1 | Complete step 1 as described in table 7-1. |
| **Grievance Coordinator (at the offender's current housing facility)** | 2 | Complete steps 3 through 7 as described in table 7-1. |
| **Grievance Coordinator (at the offender's previous housing facility)** | 3 | Complete step 8 as described in table 7-1. |
| **Assigned Staff Member (at the offender's previous housing facility)** | 4 | Complete step 9 as described in table 7-1. |
| **Grievance Coordinator (at the offender's previous housing facility)** | 5 | Complete step 10 as described in table 7-1. |
| **Review Authority (at the offender's previous housing facility) (See <u>section 9</u> of this SOP)** | 6 | • Complete step 11 as described in table 7-1; and<br>• Notify (via email) your facility's grievance coordinator that your review has been completed. |

| Control Number:<br>316.02.01.001 | Version:<br>3.9 | Title:<br>Grievance and Informal Resolution<br>Procedure for Offenders | Page Number:<br>15 of 19 |
|---|---|---|---|

| Functional Roles and Responsibilities | Step | Tasks |
|---|---|---|
| Grievance Coordinator (at the offender's previous housing facility) | 7 | Notify (via email) the grievance coordinator at the offender's current housing facility that the review authority's review has been completed. |
| Grievance Coordinator (at the offender's current housing facility) | 8 | Complete step 12 as described in table 7-1. |

8. **Procedure for Filing an Offender Appeal**

If the offender is not satisfied with the review authority's grievance decision, the offender may appeal the decision using the following process steps.

*Table 8-1: Filing an Appeal for Issues Involving the Current Housing Facility*

| Functional Roles and Responsibilities | Step | Tasks<br>CIS steps are in bold |
|---|---|---|
| Offender | 1 | If you are not satisfied with the review authority's decision, ensure that all of the requirements described in section 5 of this SOP are met, <u>and</u> within 14 days of the review authority's decision, do the following:<br>• Using the previously submitted *Grievance/Appeal Form,* check the box next to 'appeal', <u>and</u> complete the remaining bottom section of the form.<br>• After completing the bottom section of the previously submitted *Grievance/Appeal Form*, place it in the lockbox the facility has designated for grievances, appeals, etc. |
| | | <u>Note</u>: The appellate authority may agree to extend the deadline for unforeseen circumstances that prevent you from filing within the 14-day time limit. |
| Designated Staff | 2 | Collect the grievance/appeal forms from the lockbox <u>and</u> submit them to grievance coordinator. |
| | | <u>Note</u>: The forms should be collected (at a minimum) Monday through Friday, except for State of Idaho-observed holidays. |

| Control Number: 316.02.01.001 | Version: 3.9 | Title: Grievance and Informal Resolution Procedure for Offenders | Page Number: 17 of 19 |
|---|---|---|---|

| Functional Roles and Responsibilities | Step | Tasks CIS steps are in bold |
|---|---|---|
| Grievance Coordinator | 5 | **In the CIS, 'grievance detail' screen:**<br>• **Select the appropriate response level radio button, <u>and</u> complete all applicable fields. (Also see <u>section 5</u> of this SOP to ensure all requirements have been met.)**<br>• **Print two (2) copies of the grievance, <u>and</u> forward one copy of the printed grievance <u>and</u> the offender's original *Grievance/Appeal Form* to the offender; and**<br>• File one copy of the printed grievance <u>and</u> a copy of the offender's original *Grievance/Appeal Form* (the form that has the bottom section completed) in the facility administration area. (See <u>section 11</u> of this SOP.)<br><br>**<u>Note</u>: Placing the cursor in the 'returned from' and 'sent to' fields will auto-fill those fields with a date. Ensure the correct dates are reflected.** |

For further assistance with CIS, see your designated CIS super user.

*Table 8-2: Filing appeals for Issues Involving the Previous Housing Facility*

| Functional Roles and Responsibilities | Step | Tasks |
|---|---|---|
| Offender | 1 | Complete step 1 as described in table 8-1. |
| Grievance Coordinator (at the offender's current housing facility) | 2 | • Complete step 3 as described in table 8-1; and<br>• Notify the grievance coordinator at the offender's previous housing facility. |
| Grievance Coordinator (at the offender's previous housing facility) | 3 | Ensure the appellate authority at your facility is aware of the pending appeal. |
| Appellate Authority (at the offender's previous housing facility) (See <u>section 9</u> of this SOP) | 4 | • Complete step 4 as described in table 8-1; and<br>• Notify (via email) your facility's grievance coordinator that your review has been completed. |
| Grievance Coordinator (at the offender's previous housing facility) | 5 | Notify (via email) the grievance coordinator at the offender's current housing facility that the review authority's review has been completed. |
| Grievance Coordinator (at the offender's current housing facility) | 6 | Complete step 5 as described in table 8-1. |