Exhibit 9

Case 1:17-cv-00104-CWD   Document 7-6   Filed 04/06/17   Page 1 of 4

| Control Number: 316.02.01.001 | Version: 3.9 | Title: Grievance and Informal Resolution Procedure for Offenders | Page Number: 19 of 19 |
|---|---|---|---|

## 12. Filing Lawsuits against the IDOC

In most cases, the grievance process must be exhausted before an offender can file a lawsuit against the IDOC. Therefore, offenders cannot be disciplined for using the grievance/concern process or for the content contained therein (see section 6.)

## REFERENCES

Appendix A, *Offender Concern Form*

Appendix B, *Grievance/Appeal Form*

Appendix C, Grievance and Informal Resolution Process for Offenders Offender Handout

Appendix D, Grievance Transmittal Form

Appendix E, *Delay Notification Form*

Standard Operating Procedure 318.02.01.001, *Disciplinary Procedures: Offender*

Standard Operating Procedure 325.02.01.001, *Prison Rape Elimination*

Standards for Adult Correctional Institutions, Fourth Edition, Standard 4-4284

– End of Document –

Exhibit __10__

COPY

Dan Goodrick # 13304
ISCI; Medical Annex # 2
Box 14
Boise, Idaho 83707

December 28, 2016

Mr. Mark Kubinski
Deputy Attorney General
1299 N. Orchard; Ste. # 110
Boise, Idaho 83702

Re: Refusing to provide postage and mail legal letters

Dear Mr. Kubinski:

   The paralegal here at ISCI, Alan Stewart has refused to provide me legal postage and mail legal letters to Stephen L. Pevar of the ACLU in Connecticut and to the ACLU here in Boise, Idaho. He claims that Stephen is not a member of the bar in Connecticut and, that letters to the ACLU are not legal.
   I am indigent and am given four (4) envelopes per month to keep in contact with family and friends. Mr. Stewart has instructed me to use my indigent envelopes for legal mail that violates policy and, clearly established law. He also refuses to mail letters as legal and tells me to use regular mail. That makes it very convenient for IDOC officials to open, copy, censor, and withhold legal mail with no record of being sent.
   We, myself and the IDOC has already went through this once and you were forced to settle for refusing to mail legal letters which included one to Stephen L. Pevar of the ACLU. See: Goodrick v. Shedd; USDC # 99-0558-S-EJL. This happened in 2001 and you have a letter on file from Paul Panther to me of March 27, 2001.
   The IDOC policy is unconstitutional per se and, Mr. Stewart's actions have cost me viable claims that have been lost because I was not able to consult with attorneys thus sustaining damages.
   Please be good enough to contact me in hopes of resolving this without litigation to not only enforce my rights but those of all other inmates within the IDOC facilities.
   Thank you for your time and consideration in this matter.

                              Respectfully Yours,

                              Dan Goodrick

xc: file                      Dan Goodrick