Case No: 1:17-cv-00104 CWD   Inmate Name: Goodrick
Date: 6 April 2017   Inmate IDOC#: #13304
Document Title: Exhibits
Total Pages: 13   Inmate Initials Verifying Page Count: DG
Document(s) 1 of 13

# Exhibit 11

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 405.02.01.001 | 4.0 | Access to Courts | 10 of 17 |

> **WARNING!**
> Offenders must not engage in the unauthorized practice of law. (Idaho Code, section 3-420; **and** In Re: Matthews, 58 Idaho 772.) Offenders may be referred to the Idaho State Bar for prosecution for the unauthorized practice of law. Any offender caught engaging in the unauthorized practice of law will be prohibited from assisting any other offender.

### *Obtaining, Completing, and Processing Affidavits*

When affidavits are complete, the affidavits **and** copies of attachments becomes the property of the offender filing the claim. (The attachments that have the original signature will be returned to the offender providing the affidavit.)

When necessary, due to custody level; housing; or facility, paralegal staff will help offenders with the process of obtaining affidavits. To eliminate questions regarding the affidavit process, the following information must be obtained before the process begins:

- The name **and** address of the offender filing the document;
- The court in which the case is pending or will be filed;
- The name of the offender attesting to the information in the affidavit; and
- The case number if one has been assigned.

After the information noted above is obtained, the affidavit can be given to the offender attesting to the information. The offender attesting to the information can write the affidavit **or** sign the document if the offender filing the document wrote the information. If the offender attesting to the affidavit is in another facility, the paralegal staff will facilitate the process.

## 9. Right to Retain Counsel

This SOP is not intended to interfere with an offender's right to retain counsel.

## 10. Supervision of Paralegal Staff

*NOTE →* The facility head will designate a deputy warden to provide direct supervision of paralegal staff. Paralegal staff will address operational issues with the designated deputy warden. The paralegal **or** deputy warden may contact the Division of Prison's access to courts coordinator regarding operational issues.

The chief of the Division of Prisons (or designee) will designate a division access to courts coordinator.

The Division of Prison's access to courts coordinator will report directly to the chief of the Division of Prisons (or designee) **and** be responsible for the following:

- Responding to any request that is not authorized pursuant to this SOP (also see the note box in section 1);
- Scheduling **and** coordinating paralegal meetings;
- Identifying training needs **and** agenda items for the meeting;
- Facilitating the meeting;

**Exhibit 12**

| Control Number:<br>402.02.01.001 | Version:<br>5.2 | Title:<br>Mail Handling in Correctional Facilities | Page Number:<br>10 of 14 |
|---|---|---|---|

| Functional Roles and Responsibilities | Step | Tasks<br>CIS steps are in bold |
|---|---|---|
| Staff Member | 1 | Notify the facility head (or designee) of the correspondence, the offender's name and IDOC number housed at the facility, and the probationer or parolee's name, IDOC number, and supervising PPO (if available). |
| Staff Member | 2 | If no violations of this SOP exist, process the mail. |
| Facility Head (or Designee) | 3 | Notify the probationer or parolee's supervising PPO of the correspondence. |
| Facility Head (or Designee) | 4 | • If the PPO responds stating that the correspondence should not be allowed, notify the mailroom supervisor and the offender that the correspondence will not be allowed, and withhold any future correspondence as contraband.<br>• **Document the information in the c-notes section of the Corrections Integrated System (CIS).** |

For further assistance with CIS, see your designated CIS super user.

12. **Indigent Offenders**

    NOTE → Indigence does not reduce the importance of an offenders' need to communicate with friends, family, and others outside of the correctional facility. The IDOC will not bear the cost of mailing packages for indigent offenders. However, indigent offenders will be given access to the following in accordance with directive 114.03.03.011, *Inmate Trust Account*.

    • One (1) standard mail envelope, domestic or international, a week.
    • Up to four (4) sheets of paper a week.
    • A writing instrument (pen, pencil, or security pen).
    • One (1) additional mail envelope per week for 'confidential' correspondence as defined in this SOP. (See section 9.)
    • Envelopes, postage, photocopies for 'legal mail' as defined in SOP 405.02.01.001, *Access to Courts*.

13. **Statehouse Mail**

    Offenders cannot use statehouse mail.

14. **Internal IDOC Mail System**

    Offenders may use the internal IDOC mail system to contact IDOC staff and the Commission of Pardons and Parole.

15. **Incoming Mail**

    Incoming mail that presents no procedural problems will be processed and delivered within 24 hours of receipt, Monday through Friday, excluding legal holidays.

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 402.02.01.001 | 5.2 | Mail Handling in Correctional Facilities | 3 of 14 |
22. Contraband ........................................................................................................................ 12
23. Monitored Mail List ............................................................................................................ 13
24. Staff Mail ............................................................................................................................ 13
25. Legal Mail .......................................................................................................................... 14
REFERENCES ........................................................................................................................ 14

## GENERAL REQUIREMENTS

1. **Goals for Institutional Mail**

   It is important that each offender be allowed to communicate with family and friends and have the opportunity to explore ideas, information, and concepts originating outside the institution. It is equally important that the IDOC fulfill its duty to protect the public.

   The IDOC fulfills this duty by maintaining a safe and orderly environment while promoting the rehabilitative process. The goals of the IDOC for institutional mail include, but are not limited to:

   - Maintaining family and community ties;

   NOTE→ • Providing communication with courts and legal counsel;

   - Sustaining a safe environment not compromised by the introduction of contraband;

   - Preventing offenders from tracking protective custody offenders or notifying other offenders of their location or obtaining information regarding sex offenders, sex offender register, information related to the crime or sentence of another offender, emergency plans, command structures, or similar information that could threaten the safety and security of offenders or the operation of IDOC correctional facilities;

   - Preventing escape;

   - Reducing the risk of incarcerated offenders committing criminal acts;

   - Protecting offenders' relatives, friends, staff, and the public from coercion and harassment;

   - Limiting offender access to information that could jeopardize institutional safety and security;

   - Preventing the distribution of materials that could incite sexual assaults, offender disorder, or other violence;

   - Reducing the ability of offenders to form prison gangs or security threat groups; and

   - Preventing the introduction of materials that would adversely affect treatment efforts.

2. **Authorized Items**

   - General correspondence.
   - New or used books from a book store or publisher.