Exhibit 13

# ISCI Resource Center Response

Date:   2/16/2017

IDOC: **13304**    Last Name **GOODRICK**    First Name **DAN**    Unit: **MA**

Your request could not be fulfilled or is denied as indicated below:

Request for account statement denied. Request does not comply with policy. See attached memorandum. Statement may only be provided at an appointment for the filing. The request form was not asking for an appointment for filing.



Stewart stated it was
DOC policy - stated he
wrote memo on 7 March 2017
in front of Kevin West

**Idaho Department of Correction**
**Idaho State Correctional Institution**

# Memo

**To:** Inmates at ISCI

**From:** Resource Center

**Date:** 9/15/16

**Re:** Inmate access to the Resource Center

---

Access to Resource Center

An inmate may access the Resource Center only by submitting an Access to Courts request form - available in your unit. Complete and sign the form and put it in the Resource Center lock box in your unit. Appointments are scheduled as necessary or resources sent through institutional mail.

General population appointments are Tuesday, Thursday, and Friday as necessary. Restricted housing appointments are Monday and Wednesday as necessary. The schedule may be adjusted because of security or other issues. Allow at least two working days for scheduling. If a request must be handled outside of regular scheduling to meet a deadline, you must provide proof of the deadline.

An inmate may request a certified copy of his/her Inmate Trust Account Statement to attach to required legal pleadings if seeking a waiver or partial waiver of court fees under Idaho Code §31-3220A, or appeal under Idaho Appellate Rule 24(h), or if seeking In Forma Pauperis status for the U.S. District Court. An inmate requesting this record must use an Access to Courts Request Form by submitting it to the facility paralegal according to the process identified in the Access to Courts SOP. Unless the inmate is indigent, a charge of $.10 per page will be assessed. The following information must be included with the inmate's request: A prepared withdrawal slip for the cost of the certified copy (unless indigent); Identify the date range required by the Court – six months for a federal filing and 12 months for a state filing. To show a policy compliant use, the request must indicate need for an appointment to file pleadings consistent with the above described purpose.

Book Check Out and Return

An inmate may check out up to six books from the Resource Center by submitting an Access to Courts request form as described above. You must clearly identify the specific books you want to check out. The request must be received at least two days before book check out day.

Appointments for general population book check out are Thursday and restricted housing on Wednesday. General population inmates must return books the following Tuesday to the Resource Center as scheduled on the call out. Restricted housing books are due when the paralegal picks them up at your unit on return day, Monday.

If you do not return books on time, you cannot check out any books until you return all items. You are responsible for books until they are returned to the Resource Center. If you lose or damage books, you may be charged for replacement, receive a DOR, or both. Inmates may also request, on the form, to review books in the Resource Center at a scheduled appointment.

Exhibit __14__

# IDOC Offender Concern Form

Offender Name: Dan Goodrick                          IDOC Number: # 13304
Institution, Housing Unit, & Cell: ISCI; Medical Annex # 2    Date: 18 Feb. 2017

To: Alan Stewart; ISCI Paralegal
(Address to appropiate staff. Person most directly responsible for this issue or concern)

Issue/Concern: I previously requested a certified printout of my prison account in order to attach to legal pleadings. You sent me a "response" stating that a statement would only be provided upon filing and I had not asked to file anything. You also stated a "memorandum" had been attached. NO memorandum was attached. I want a copy of this "memorandum" as policy does not require such. In addition I am placing you and the IDOC on notice that your practices are in direct violation of the mandates of Ex parte Hull, 313 U.S. 546 (1941). Please send the "memorandum".

(Description of the issue must be written only on the lines provided above.)

Offender signature: [signature]

## Staff Section

Staff signature: [signature]                     Associate ID #: A073 2-18-17
(Staff member acknowledging receipt)

Reply: Memorandum attached

Responding staff signature [signature]   Associate ID # 6576   Date 2/21/17

Distribution: Pink part returned to offender after receiving staff's signature. Original (white) and yellow forwarded to appropriate responding staff.
Appropriate responding staff will complete reply field and return yellow part to offender.

IDOC-ICF-3/07

# IDOC Offender Concern Form

Offender Name: Dan Goodrick
IDOC Number: #13304
Institution, Housing Unit, & Cell: ISCI; Medical Annex #2
Date: 8 March 2017

To: Alan Stewart; ISCI Paralegal

(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: On 7 March 2017 I saw you in which you denied to provide me with a prison account printout stating I never identified for what period of time on the Access to Courts form. When questioned you stated it was policy and, provided me a copy of "YOUR MEMO" of 9-15-16 in which you have altered policy. You have no authority to tweak or change policy to your liking claiming clarification. NOTHING in IDOC policy "Access to courts" states that we are required to identify a time period on the form nor does policy state that only when we file a pleading are we provided a printout. THIS IS YOUR DOING --making policy. Beings I filed against you, you're retaliating

(Description of the issue must be written only on the lines provided above.)

Offender signature: Dan Goodrick

## Staff Section

Staff signature: [signature] Associate ID #: #4431

(Staff member acknowledging receipt)

Reply: Objection to policy noted.

Responding staff signature [signature] Associate ID # 684 [illegible] Date 3/10/17

Distribution: Pink part returned to offender after receiving staff's signature. Original (white) and yellow forwarded to appropriate responding staff. Appropriate responding staff will complete reply field and return yellow part to offender.

IDOC-ICF-3/07

**Exhibit  15**

Policy 114.03.03.024 – Inmate Trust Account Statements

## 2. Inmate Trust Account Statements

The IDOC does not provide current balance information or monthly statements. Inmates are responsible for tracking and managing their own funds.

Housing kiosks, which are located in each facility, provide inmate's with account information on a rolling 30-day basis. Exception, it is the responsibility of each facility to provide a monthly statement to those inmates who are placed in restrictive housing units and to those inmates who do not have access to a housing kiosk.

Certified inmate statements, for legal purposes, are provided by the resource center. See *Access to Courts*, SOP 405.02.01.001.

