Dan Goodrick # 13304
ISCI; Medical Annex # 2
Box 14
Boise, Idaho 83707

U.S. COURTS
Rcvd_____ Filed_____ Time_____
NOV 08 2017
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

November 3, 2017

Clerk of the Court
U.S. District Court
550 West Fort
Boise, Idaho 83724

    Re: <u>Goodrick v. Zmuda, et. al.</u>, Case No. 1:17-CV-00104-CWD

Dear Clerk:

    I am writing as to the status of the above-entitled action and when the waiver of service and summons will be served. It has been over six (6) month since the filing and amended complaint was filed and there still has not been an Initial Review of the complaint.

    The original complaint was filed March 3, 2017 and the amended complaint was filed April 6, 2017. This is unusual for the Court to take so long in its Initial Review; thus my letter.

    The complaint is pretty simple and forthcoming with many supporting documents to support my factual allegations.

    Thank you in advance for your time and consideration.

                           Respectfully Yours,

                           *[signature: Dan Goodrick]*

                           Dan Goodrick

xc: file